**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA URIBE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FREEWAY INSURANCE SERVICES, INC., <br><br> Defendant. | Case No. 8:15-cv-00181-AG-JCG <br><br> **NOTICE OF SETTLEMENT** |

  NOW COMES Plaintiff, KARLA URIBE ("Plaintiff"), by and through the undersigned counsel, to inform this Honorable Court that the parties in the above-captioned case have reached a settlement on an individual (i.e., not class-wide) basis. The parties are diligently working on the settlement documentation and Plaintiff anticipates filing a voluntary dismissal of this action with prejudice as to Plaintiff's individual claims pursuant to FED. R. CIV. P. 41(a)(1)(A) within

forty-five (45) days. Plaintiff requests that the Court vacate all pending hearings and deadlines in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal.

Dated July 2, 2015,                    **MARTIN & BONTRAGER, APC**

/s/ Nicholas J. Bontrager

Nicholas J. Bontrager

*Attorneys for Plaintiff*

## PROOF OF SERVICE

I filed electronically on this 2nd day of July, 2015, **NOTICE OF SETTLEMENT**, with:

United States District Court CM/ECF system

Notification sent electronically on this 2nd day of July, 2015, to:

Marc R. Jacobs
MICHELMAN & ROBINSON LLP
mjacobs@mrllp.com

This 2nd day of July, 2015

<u>s/Nicholas J. Bontrager</u>
Nicholas J. Bontrager