**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA URIBE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FREEWAY INSURANCE SERVICES, INC.,<br><br>Defendant. | **Case No. 8:15-cv-00181-AG-JCG**<br><br>**STIPULATION TO DISMISS** |

NOW COMES Plaintiff, KARLA URIBE ("Plaintiff"), and Defendant, FREEWAY INSURANCE SERVICES, INC. ("Defendant"), by and through the undersigned counsel, pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii),* and hereby stipulate that:

1. Plaintiff's individual claims are hereby dismissed with prejudice;
2. The putative class claims are hereby dismissed without prejudice; and

1

3. Each Party shall bear its own fees and costs incurred.

RESPECTFULLY SUBMITTED,

Dated: August 21, 2015         **MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager
    Nicholas J. Bontrager
    *Attorneys for Plaintiff*

Dated: August 21, 2015         **MICHELMAN & ROBINSON LLP**

By: /s/
    Marc R. Jacobs
    *Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA URIBE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FREEWAY INSURANCE SERVICES, INC.,<br><br>Defendant. | Case No. 8:15-cv-00181-AG-JCG<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS** |

Upon stipulation of the parties, it is hereby ORDERED that plaintiff's individual claims in this matter are hereby dismissed with prejudice and the putative class claims in this matter are hereby dismissed without prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys' fees and costs incurred.

**IT IS SO ORDERED.**

Date:_____

By:_____
Hon. United States District Court Judge

**PROOF OF SERVICE**

I filed electronically on this 21st day of August, 2015, **STIPULATION TO DISMISS**, with:

United States District Court CM/ECF system

Notification sent electronically on this 21st day of August, 2015, to:

Marc R. Jacobs
MICHELMAN & ROBINSON LLP
mjacobs@mrllp.com

This 21st day of August, 2015

s/Nicholas J. Bontrager
Nicholas J. Bontrager