# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA URIBE, Individually and On Behalf of All Others Similarly Situated, ) | **Case No. 8:15-cv-00181-AG-JCG** |
| ) | **ORDER GRANTING** |
| ) | **STIPULATION TO DISMISS** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FREEWAY INSURANCE ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

Upon stipulation of the parties, it is hereby ORDERED that plaintiff's individual claims in this matter are hereby dismissed with prejudice and the putative class claims in this matter are hereby dismissed without prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys' fees and costs incurred.

**IT IS SO ORDERED.**

Date: August 21, 2015

By:_____
Hon. United States District Court Judge